IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Gabriel C. Cole, | : | Bankruptcy No. 17-22467 |
| | Jenelle K. Cole, | : | |
| | Debtors | : | Chapter 7 |
| | Gabriel C. Cole, | : | |
| | Jenelle K. Cole, | : | |
| Movant s | | : | |
| | | : | Related to Document No. |
| | v. | : | |
| | | : | |
| | | : | |
| | No Respondents | : | |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_  Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
\_\_\_\_\_  Summary of Schedules
\_\_\_\_\_  Schedule A - Real Property
\_\_\_\_  Schedule B - Personal Property
\_\_X\_\_  Schedule C - Property Claimed as Exempt
\_\_\_\_\_  Schedule D - Creditors holding Secured Claims
        Check one:
        \_\_\_\_\_  Creditor(s) added
        \_\_\_\_\_  NO creditor(s) added
        \_\_\_\_\_  Creditor(s) deleted
\_\_\_\_\_  Schedule E - Creditors Holding Unsecured Priority Claims
        Check one:
        \_\_\_\_\_  Creditor(s) added
        \_\_\_\_\_  NO creditor(s) added
        \_\_\_\_\_  Creditor(s) deleted
\_ \_\_  Schedule F - Creditors Holding Unsecured Nonpriority Claims
        Check one:
        \_\_\_\_  Creditor(s) added
        \_\_\_\_\_  NO creditor(s) added
        \_\_\_\_\_  Creditor(s) deleted
\_\_\_\_\_  Schedule G - Executory Contracts and Unexpired Leases
        Check one:
        \_\_\_\_\_  Creditor(s) added
        \_\_\_\_\_  NO creditor(s) added
        \_\_\_\_\_  Creditor(s) deleted
\_\_\_\_\_  Schedule H - Codebtors
\_\_\_\_\_  Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_\_  Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_\_\_  Statement of Financial Affairs
\_\_\_\_\_  Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_  Chapter 11 List of Equity Security Holders
\_\_\_\_\_  Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_  Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_  Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Lisa M. Swope
Neugebauer & Swope, P.C.
219 South Center Street
PO Box 270
Ebensburg, PA 15931

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Gabriel C. Cole
Jenelle K. Cole
184 Buttermilk Falls Lane
Apollo, PA 15613


Date:  September 28, 2017          /s/ Kenneth Steidl
                                   Kenneth Steidl, Esquire
                                   Attorney for the Debtor(s)

                                   STEIDL & STEINBERG, P.C.
                                   Suite 2830 - Gulf Tower
                                   707 Grant Street
                                   Pittsburgh, PA  15219
                                   (412) 391-8000
                                   P.A.I.D. No. 34965
                                   ken.steidl@steidl-steinberg.com


Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gabriel C. Cole** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jenelle K. Cole** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | 17-22467 | | |
| (if known) | | | |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                                     4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **501 Emerson Street Vandergrift, PA 15690  Westmoreland County**<br>Line from *Schedule A/B*: **1.3** | $15,000.00 | ■ $15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **123 8th Street Vandergrift, PA 15690 Westmoreland County**<br>Line from *Schedule A/B*: **1.4** | $5,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **323 Emerson Street Vandergrift, PA 15690  Westmoreland County**<br>Line from *Schedule A/B*: **1.5** | $25,000.00 | ■ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Two Basic Liviingroom Sets, Five Basic Bedroom Sets, Two Teelvisions, Refrigerator, Stove, Microwave, Dishwasher, Washer & Dryer, Kitchen Table and Misc Household Items**<br>**Location: 184 Buttermilk Falls Lane, Apollo PA 15613**<br>Line from *Schedule A/B*: **6.1** | $8,000.00 | ■ $8,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

9/28/17  6:36PM

| | | |
|---|---|---|
| Debtor 1 | **Gabriel C. Cole** | |
| Debtor 2 | **Jenelle K. Cole** | Case number (if known)  **17-22467** |

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| **Four Cell Phones, iPad Mini** Location: 184 Buttermilk Falls Lane, Apollo PA 15613 Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Basic Clothing & Shoes** Location: 184 Buttermilk Falls Lane, Apollo PA 15613 Line from *Schedule A/B*: **11.1** | $4,000.00 | ■ $4,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Wedding Rings & Engagement Ring, Diamond Earings** Location: 184 Buttermilk Falls Lane, Apollo PA 15613 Line from *Schedule A/B*: **12.1** | $2,500.00 | ■ $2,500.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **1 Dog** Location: 184 Buttermilk Falls Lane, Apollo PA 15613 Line from *Schedule A/B*: **13.1** | $0.00 | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Virtual Wallet: PNC Bank** Line from *Schedule A/B*: **17.1** | $500.00 | ■ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: S&T Bank** Line from *Schedule A/B*: **17.2** | $700.00 | ■ $700.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Pension: PSERS** Line from *Schedule A/B*: **21.1** | $40,484.10 | ■ $40,484.10 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes