IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Gabriel C. Cole and | : | Case No. 17-22467 CMB |
| Jenelle K. Cole, | : | |
|        Debtors | : | Chapter 7 |
| | : | |
| Lisa M. Swope, Esquire, Trustee | : | |
| of the Bankruptcy Estate of | : | |
| Gabriel C. Cole and | : | Related to Doc. No. 25 |
| Jenelle K. Cole, | : | |
|        Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Gabriel C. Cole and | : | |
| Jenelle K. Cole, | : | |
|        Respondent | : | |

## ORDER EMPLOYING COUNSEL TO THE ESTATE

**AND NOW**, this __11th__ day of _____October_____, 2017, upon consideration of the **MOTION OF TRUSTEE TO RETAIN COUNSEL**, it is **ORDERED, ADJUDGED and DECREED** as follows:

    1. The above-referenced Motion is hereby approved as of the date the Motion was filed.

    2. **LISA M. SWOPE, ESQUIRE, AND THE FIRM OF NEUGEBAUER & SWOPE, P.C.**, are hereby appointed as counsel to the estate in this bankruptcy proceeding for the reasons set forth in the Motion.

    3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by the applicant to perform, the novelty and difficulty of the issues presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this case, the customary fee for similar services, the time limitations imposed by the client or the

circumstances encountered while performing the services, the experience, reputation and ability of the professional(s) involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order.

5. *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

BY THE COURT:

_____  dmr
**CARLOTA M. BÖHM**
UNITED STATES BANKRUPTCY JUDGE

cc:    **Debtor**
       **Counsel**
       **Professional**

FILED
10/11/17 2:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                      Case No. 17-22467-CMB
Gabriel C. Cole                                             Chapter 7
Jenelle K. Cole
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dric                   Page 1 of 1                  Date Rcvd: Oct 11, 2017
                               Form ID: pdf900              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
db/jdb         +Gabriel C. Cole,   Jenelle K. Cole,   184 Buttermilk Falls Lane,   Apollo, PA 15613-8042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Kenneth    Steidl    on behalf of Joint Debtor Jenelle K. Cole julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com;r53037@no
              Kenneth    Steidl    on behalf of Debtor Gabriel C. Cole julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com;r53037@no
              Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
               klw@nsslawfirm.com;pa73@ecfcbis.com;mmh@nsslawfirm.com
              Lisa M. Swope    lms@nsslawfirm.com,    klw@nsslawfirm.com;pa73@ecfcbis.com;mmh@nsslawfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                               TOTAL: 6