IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-22467 CMB |
| Gabriel C. Cole and Jenelle K. Cole, | : | Chapter 7 |
| Debtors | : | |
| | : | |
| Katrina Burkett | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| NO RESPONDENT | | |
| Respondent | | |

### NOTICE OF APPEARANCE ON BEHALF OF KATRINA BURKETT, AND REQUEST FOR NOTICES

TO: Clerk, United States Bankruptcy Court

PLEASE TAKE NOTICE that Mary Bower Sheats, Esquire, hereby appears in the above captioned case under Chapter 7 of Title 11, United States Code, on behalf of Katrina Burkett, Creditor, and requests, pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure and Sections 102(1), and 342 of the Bankruptcy Code that any and all notices given or required to be given in the above-captioned case and all papers served or required to be served in the above-captioned case be given to and served upon the undersigned attorney, at the office, email, telephone and telecopy numbers set forth below.

Executed on: October 20, 2017

            Respectfully submitted,
            /s/ Mary Bower Sheats
            Mary Bower Sheats, Esquire
            Pa I.D. # 27911
            Frank Gale Bails Murcko & Pocrass, P.c.
            3300 Gulf Tower, 707 Grant Street
            Pittsburgh, PA 15219
            (412) 471-5931
            mbsheats@fgbmp.com