IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Gabriel C. Cole and | : | Case No. 17-22467 CMB |
|     Jenelle K. Cole, | : | |
|         Debtors | : | Chapter 7 |
| | : | |
| | : | Hearing Date and Time: |
| Lisa M. Swope, Esquire, Trustee | : | November 20, 2017, 1:30 p.m. |
| of the Bankruptcy Estate of | : | |
| Gabriel C. Cole and | : | Objection Date: |
| Jenelle K. Cole | : | November 13, 2017 |
|         Movant | : | |
| | : | |
|     vs. | : | |
| | : | |
| Gabriel C. Cole and | : | |
| Jenelle K. Cole, | : | |

### NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING THE TRUSTEE'S MOTION TO WITHDRAW OBJECTIONS OF TRUSTEE TO CLAIMED EXEMPTIONS

**TO THE RESPONDENT(S):**

You are hereby notified that the Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion by no later than **November 13, 2017**, i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's web page at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **November 20, 2017, at 1:30 p.m.** before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U. S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: October 25, 2017        NEUGEBAUER & SWOPE, P.C.

        /s/ Lisa M. Swope
        Lisa M. Swope, Esquire
        219 S. Center Street
        P.O. Box 270
        Ebensburg, PA 15931
        (814) 472-7151
        Pa. I.D. #77003
        lms@nsslawfirm.com
        Attorney for Trustee