IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Gabriel C. Cole and | : | Case No. 17-22467 CMB |
| Jenelle K. Cole, | : | |
|        Debtors | : | Chapter 7 |
| | : | |
| | : | |
| Lisa M. Swope, Esquire, Trustee | : | |
| of the Bankruptcy Estate of | : | |
| Gabriel C. Cole and | : | |
| Jenelle K. Cole, | : | |
|        Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Gabriel C. Cole and | : | |
| Jenelle K. Cole, | : | |
|        Respondent | : | |

ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2017, having considered Trustee's Motion to Withdraw Objections of Trustee to Claimed Exemptions, IT IS ORDERED that the Objections of Trustee to Claimed Exemptions are withdrawn.

BY THE COURT:

_____
**CARLOTA M. BÖHM**
UNITED STATES BANKRUPTCY JUDGE