## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Gabriel C. Cole
Jenelle K. Cole,
                                   Debtors

Quicken Loans Inc., its successors and assigns,
                                   Movant
         vs.

Gabriel C. Cole
Jenelle K. Cole,
                                   Respondents

Lisa M. Swope,
                                   Trustee

Case No. 17-22467-CMB

CHAPTER 7

Related to Document 21

### ORDER OF COURT

AND NOW, this _6th_ day of _November_, 2017, counsel for the parties having

consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above

matter be and hereby is withdrawn without prejudice.

BY THE COURT:

_____
U.S. Bankruptcy Judge

Consented to by:

*/s/ Julie Steidl, Esquire*
Julie Steidl, Esquire
Attorney for Debtor
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Phone: 412-391-8000
julie.steidl@steidl-steinberg.com

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

FILED
11/6/17 11:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 17-22467-CMB
Gabriel C. Cole                                                             Chapter 7
Jenelle K. Cole
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1           Date Rcvd: Nov 06, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2017.
db/jdb          +Gabriel C. Cole,    Jenelle K. Cole,   184 Buttermilk Falls Lane,   Apollo, PA 15613-8042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Kenneth  Steidl    on behalf of Joint Debtor Jenelle K. Cole julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
           einberg.com
          Kenneth  Steidl    on behalf of Debtor Gabriel C. Cole julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
           einberg.com
          Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
           klw@nsslawfirm.com;pa73@ecfcbis.com;mmh@nsslawfirm.com
          Lisa M. Swope    lms@nsslawfirm.com,    klw@nsslawfirm.com;pa73@ecfcbis.com;mmh@nsslawfirm.com
          Mary Bower Sheats    on behalf of Creditor Katrina  Burkett mbsheats@fgbmp.com,
           mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                          TOTAL: 7