IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Gabriel C. Cole and | : | Case No. 17-22467 CMB |
| Jenelle K. Cole, | : | |
|       Debtors | : | Chapter 7 |
| | : | |
| | : | |
| Lisa M. Swope, Esquire, Trustee | : | |
| of the Bankruptcy Estate of | : | |
| Gabriel C. Cole and | : | |
| Jenelle K. Cole, | : | |
|       Movant | : | |
| | : | |
|    vs. | : | |
| | : | |
| Gabriel C. Cole and | : | |
| Jenelle K. Cole, | : | |
|       Respondent | : | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**TRUSTEE'S MOTION TO WITHDRAW OBJECTIONS OF TRUSTEE**
**TO CLAIMED EXEMPTIONS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Withdraw Objections of Trustee to Claimed Exemptions filed on October 25, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to said Motion appears thereon. Pursuant to the Notice of Hearing with Response Deadline, the same were to be filed and served no later than November 13, 2017.

It is hereby respectfully requested that the Order attached to the Motion to Withdraw Objections of Trustee to Claimed Exemptions be entered by the Court.

                                            Respectfully submitted,

                                            NEUGEBAUER & SWOPE, P.C.

Dated: November 14, 2017         /s/ Lisa M. Swope, Esquire
                                            Lisa M. Swope, Esquire
                                            219 South Center Street
                                            P. O. Box 270
                                            Ebensburg, PA  15931
                                            (814)  472-7151

PA I.D. # 77003
lms@nsslawfirm.com
Attorney for Trustee