IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    Gabriel C. Cole and : | Case No. 17-22467 CMB |
|    Jenelle K. Cole, : | |
|             Debtors : | Chapter 7 |
| : |  Related to Document No. 33 |
| : | |
| Lisa M. Swope, Esquire, Trustee : | **ENTERED BY DEFAULT** |
| of the Bankruptcy Estate of : | |
| Gabriel C. Cole and : | |
| Jenelle K. Cole, : | |
|         Movant : | |
| : | |
|    vs. : | |
| : | |
| Gabriel C. Cole and : | |
| Jenelle K. Cole, : | |
|        Respondent : | |

ORDER OF COURT

AND NOW, to wit, this __15th__ day of __November__, 2017, having considered Trustee's Motion to Withdraw Objections of Trustee to Claimed Exemptions, IT IS ORDERED that the Objections of Trustee to Claimed Exemptions are withdrawn.

BY THE COURT:

_____  **kmt**
Carlota M. Böhm,
UNITED STATES BANKRUPTCY COURT

FILED
11/15/17 3:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gabriel C. Cole
Jenelle K. Cole
      Debtors

Case No. 17-22467-CMB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: kthe      Page 1 of 1      Date Rcvd: Nov 15, 2017
                         Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2017.
db/jdb        +Gabriel C. Cole,   Jenelle K. Cole,   184 Buttermilk Falls Lane,   Apollo, PA 15613-8042

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2017 at the address(es) listed below:
          James   Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Kenneth   Steidl     on behalf of Joint Debtor Jenelle K. Cole julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
           einberg.com
          Kenneth   Steidl     on behalf of Debtor Gabriel C. Cole julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
           einberg.com
          Lisa M. Swope     on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
           klw@nsslawfirm.com;pa73@ecfcbis.com;mmh@nsslawfirm.com
          Lisa M. Swope     lms@nsslawfirm.com, klw@nsslawfirm.com;pa73@ecfcbis.com;mmh@nsslawfirm.com
          Mary Bower Sheats     on behalf of Creditor Katrina   Burkett mbsheats@fgbmp.com,
           mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
                                                                                                                                          TOTAL: 7