**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Gabriel C. Cole** | Social Security number or ITIN  **xxx−xx−6565** |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jenelle K. Cole** | Social Security number or ITIN  **xxx−xx−1185** |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **17−22467−CMB**

# Order of Discharge                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gabriel C. Cole                                    Jenelle K. Cole

12/15/17                                    **By the court:**  <u>Carlota M. Bohm</u>
                                                                  United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-22467-CMB
Gabriel C. Cole                                                       Chapter 7
Jenelle K. Cole
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: mgut              Page 1 of 2             Date Rcvd: Dec 15, 2017
                             Form ID: 318            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
```
db/jdb         +Gabriel C. Cole,   Jenelle K. Cole,   184 Buttermilk Falls Lane,   Apollo, PA 15613-8042
tr             +Lisa M. Swope,   Neugebauer & Swope, P.C.,   219 South Center Street,   P. O. Box 270,
                 Ebensburg, PA 15931-0270
cr             +Katrina Burkett,   3522 Hills Church Road,   Export, PA 15632-9369
14644192        Alle-Kiski Medical Center,   PO Box 644896,   Pittsburgh, PA 15264-4896
14644196        Century United of Pittsburgh,   PO Box 18527,   Pittsburgh, PA 15236-0527
14644199        Discover Card,   PO Box 742655,   Cincinnati, OH 45274-2655
14656182       +Donald J. Cole and Suzanne Cole,   180 Buttermilk Falls Lane,   Apollo, PA 15613-8042
14656186       +Green Tree Lumber,   P.O. Box 126,   Smicksburg, PA 16256-0126
14644204        IU 7 Federal Credit Union,   2300 Freeport Road,   15 Feldarelli Square,
                 New Kensington, PA 15068
14644207        Macy's,   PO Box 9001094,   Louisville, KY 40290-1094
14644212        PNC Bank,   PO Box 3429,   Pittsburgh, PA 15230-3429
14644211        Peoples Gas Company,   P.O. Box 644760,   Pittsburgh, PA 15264-4760
14644214        Quicken Loans,   PO Box 6577,   Carol Stream, IL 60197-6577
14644216       +State Farm Life Insurance Company,   PO Box 2364,   Bloomington, IL 61702-2364
14644217        UPMC Health Services,   PO Box 371472,   Pittsburgh, PA 15250-7472
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 16 2017 00:50:56     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14644193        EDI: BANKAMER.COM Dec 16 2017 00:43:00     Bank of America,   PO Box 15019,
                 Wilmington, DE 19886-5019
14644194        EDI: TSYS2.COM Dec 16 2017 00:48:00     Barclay's Bank,   c/o Barclay Card Services,
                 PO Box 13337,   Philadelphia, PA 19101-3337
14644195        EDI: CAPITALONE.COM Dec 16 2017 00:43:00     Capital One Bank,   PO Box 71083,
                 Charlotte, NC 28272-1083
14644197        EDI: CITICORP.COM Dec 16 2017 00:43:00     Citibank,   PO Box 6004,
                 Sioux Falls, SD 57117-6004
14644201        E-mail/Text: bankruptcynotice@fcbanking.com Dec 16 2017 00:50:37     First Commonwealth Bank,
                 P. O. Box 400,   Indiana, PA 15701-0400
14644202       +EDI: FSAE.COM Dec 16 2017 00:48:00     Firstsource Advantage LLC,   205 Bryant Woods South,
                 Amherst, NY 14228-3609
14656185       +EDI: PHINAMERI.COM Dec 16 2017 00:48:00     GM Financial,   801 Cherry Street, Ste. 3500,
                 Fort Worth, TX 76102-6854
14644203       +E-mail/Text: cs.bankruptcy@jmcbiz.com Dec 16 2017 00:51:38     Hughes Network Systems,
                 c/o Joseph, Mann & Creed,   8948 Canyon Falls Boulevard, Suite 200,   Twinsburg, OH 44087-1900
14644205        EDI: RMSC.COM Dec 16 2017 00:43:00     Lowe's,   c/o Synchrony Bank,   PO Box 530914,
                 Atlanta, GA 30353-0914
14644208       +EDI: MID8.COM Dec 16 2017 00:48:00     Midland Credit Management,
                 2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
14644209        EDI: RMSC.COM Dec 16 2017 00:43:00     Old Navy Visa,   c/o Synchrony Bank,   PO Box 960017,
                 Orlando, FL 32896-0017
14644213        EDI: PRA.COM Dec 16 2017 00:48:00     Portfolio Recovery Associates,   PO Box 12914,
                 Norfolk, VA 23541
14645035       +EDI: PRA.COM Dec 16 2017 00:48:00     PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14644210        EDI: WFNNB.COM Dec 16 2017 00:48:00     Peebles-Comenity Bank,   P.O. Box 659465,
                 San Antonio, TX 78265-9465
14659398        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 16 2017 00:50:56
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
14644215        EDI: RMSC.COM Dec 16 2017 00:43:00     Sam's Club,   c/o Synchrony Bank,   PO Box 530942,
                 Atlanta, GA 30353-0942
14644218       +EDI: WFFC.COM Dec 16 2017 00:48:00     Wells Fargo Financial National Bank,   PO Box 660553,
                 Dallas, TX 75266-0553
14644219        E-mail/Text: BKRMailOps@weltman.com Dec 16 2017 00:51:12     Weltman Weinberg & Reis,
                 P.O. Box 93596,   Cleveland, OH 44101-5596
14644220        E-mail/Text: bankruptcy@firstenergycorp.com Dec 16 2017 00:51:11     West Penn Power Company,
                 P.O. Box 3687,   Akron, OH 44309-3687
                                                                                              TOTAL: 20

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
aty*           +Lisa M. Swope,   Neugebauer & Swope, P.C.,   219 South Center Street,   P. O. Box 270,
                 Ebensburg, PA 15931-0270
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14656173*       Alle-Kiski Medical Center,   PO Box 644896,   Pittsburgh, PA 15264-4896
14656174*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 15019,   Wilmington, DE 19886-5019)
14656175*       Barclay's Bank,   c/o Barclay Card Services,   PO Box 13337,   Philadelphia, PA 19101-3337
14656176*       Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
```

```
District/off: 0315-2          User: mgut                 Page 2 of 2                  Date Rcvd: Dec 15, 2017
                              Form ID: 318               Total Noticed: 35


              ***** BYPASSED RECIPIENTS (continued) *****
14656177*         Century United of Pittsburgh,    PO Box 18527,     Pittsburgh, PA 15236-0527
14644198*         Citibank,    PO Box 6004,    Sioux Falls, SD 57117-6004
14656178*         Citibank,    PO Box 6004,    Sioux Falls, SD 57117-6004
14656179*         Citibank,    PO Box 6004,    Sioux Falls, SD 57117-6004
14644200*         Discover Card,    PO Box 742655,     Cincinnati, OH 45274-2655
14656180*         Discover Card,    PO Box 742655,     Cincinnati, OH 45274-2655
14656181*         Discover Card,    PO Box 742655,     Cincinnati, OH 45274-2655
14656183*       ++FIRST COMMONWEALTH BANK,    PO BOX 400,    INDIANA PA 15701-0400
                 (address filed with court: First Commonwealth Bank,      P. O. Box 400,    Indiana, PA 15701-0400)
14656184*        +Firstsource Advantage LLC,    205 Bryant Woods South,     Amherst, NY 14228-3609
14656187*        +Hughes Network Systems,    c/o Joseph, Mann & Creed,     8948 Canyon Falls Boulevard, Suite 200,
                   Twinsburg, OH 44087-1900
14656188*         IU 7 Federal Credit Union,    2300 Freeport Road,    15 Feldarelli Square,
                   New Kensington, PA 15068
14644206*         Lowe's,    c/o Synchrony Bank,    PO Box 530914,    Atlanta, GA 30353-0914
14656189*         Lowe's,    c/o Synchrony Bank,    PO Box 530914,    Atlanta, GA 30353-0914
14656190*         Lowe's,    c/o Synchrony Bank,    PO Box 530914,    Atlanta, GA 30353-0914
14656191*         Macy's,    PO Box 9001094,    Louisville, KY 40290-1094
14656192*        +Midland Credit Management,    2365 Northside Drive, Suite 300,     San Diego, CA 92108-2709
14656193*         Old Navy Visa,    c/o Synchrony Bank,    PO Box 960017,    Orlando, FL 32896-0017
14656196*         PNC Bank,    PO Box 3429,    Pittsburgh, PA 15230-3429
14656197*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates,      PO Box 12914,    Norfolk, VA 23541)
14656194*         Peebles-Comenity Bank,    P.O. Box 659465,    San Antonio, TX 78265-9465
14656195*         Peoples Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14656198*         Quicken Loans,    PO Box 6577,    Carol Stream, IL 60197-6577
14656199*         Sam's Club,    c/o Synchrony Bank,    PO Box 530942,    Atlanta, GA 30353-0942
14656200*        +State Farm Life Insurance Company,    PO Box 2364,    Bloomington, IL 61702-2364
14656201*         UPMC Health Services,    PO Box 371472,    Pittsburgh, PA 15250-7472
14656202*        +Wells Fargo Financial National Bank,    PO Box 660553,     Dallas, TX 75266-0553
14656203*         Weltman Weinberg & Reis,    P.O. Box 93596,    Cleveland, OH 44101-5596
14644221*         West Penn Power Company,    P.O. Box 3687,    Akron, OH 44309-3687
14656204*         West Penn Power Company,    P.O. Box 3687,    Akron, OH 44309-3687
14656205*         West Penn Power Company,    P.O. Box 3687,    Akron, OH 44309-3687
                                                                                              TOTALS: 1, * 36, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Joint Debtor Jenelle K. Cole julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com
              Kenneth Steidl    on behalf of Debtor Gabriel C. Cole julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com
              Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
               klw@nsslawfirm.com;pa73@ecfcbis.com;mmh@nsslawfirm.com
              Lisa M. Swope    lms@nsslawfirm.com,    klw@nsslawfirm.com;pa73@ecfcbis.com;mmh@nsslawfirm.com
              Mary Bower Sheats    on behalf of Creditor Katrina  Burkett mbsheats@fgbmp.com,
               mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 7
```